KUCHENREUTHER, Appellant, vs. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILWAY COMPANY, Respondent.

For the appellant: *Michael J. Dunn, Jr.,* and *Arthur Wickham,* both of Milwaukee.

For the respondent: *Bender, Trump, McIntyre & Freeman,* attorneys, and *Rodger M. Trump* and *Ronold A. Drechsler* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, without costs, on May 1, 1934.

*April 3, 1934.*

MARSHALL & ILSLEY BANK, Respondent, vs. BRYNWOOD COUNTRY CLUB and others, Appellants.

For the appellants: *Maurice Weinstein, Ben J. Miller,* and *James E. McCarthy,* attorneys, and *Ralph E. Kline* of counsel, all of Milwaukee.

For the respondent: *Upham, Black, Russell & Richardson,* attorneys, and *Clark M. Robertson* and *William E. Hanecy* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.